**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LAKHVIR SINGH, | No. 08-74772 |
| Petitioner, | Agency No. A079-290-943 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Lakhvir Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's ("IJ") decision denying his application for protection under the Convention

Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

review for substantial evidence factual findings. *Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003). We deny the petition for review.

Substantial evidence supports the agency's denial of Singh's CAT claim because it is based on the same statements the agency found not credible, and the record does not otherwise compel the finding that it is more likely than not he would be tortured if returned to India. *See id.* at 1156-57. In addition, the record belies Singh's contention that the agency disregarded his supporting evidence. We note that the IJ did not admit Exhibit H into the record, and Singh did not challenge that decision. Accordingly, Singh's CAT claim fails.

**PETITION FOR REVIEW DENIED.**